UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISSA SAMEER ABUSHAMA, | ) | CASE NO. SA CV 10-134-PA (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| USA, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: <u>February 12, 2010</u>

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~8099080.wpd